BONDED MUNICIPAL CORPORATION, Appellant, *v.* CARODIX CORPORA-- TION et al., Defendants; JOSEPH P. DAY et al., as Trustees, Defendants-Appellants, and COUNTY OF NASSAU, Impleaded Defendant-Respondent.

Argued October 19, 1943; decided December 2, 1943.

*Herbert L. Hutner* for plaintiff-appellant.

*Fred L. Gross* and *Frederick A. Keck* for Joseph P. Day et al., as Trustees, etc., defendants-appellants.

*Marcus G. Christ, County Attorney* (*John J. Knob* and *G. Burchard Smith* of counsel), for defendant-respondent.

Judgment affirmed, with costs. Appeal by the defendant-trustees dismissed, without costs, on the ground they are not aggrieved parties. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.